TICHNOR and Another *v.* DIBBLEE and Another.

APPEAL from the *Jasper* Common Pleas.

*Per Curiam.*—Suit by the appellees against the appellants upon a promissory note. Judgment for the plaintiffs by default.

The error complained of is that the defendants had not been properly brought into court. The return of the clerk below to a certiorari, shows that the defendants had been duly summoned.

The judgment is affirmed with costs, and five per cent. damages.

*McDonald & Roache,* for appellants.

*John L. Miller,* for appellees.

---

MELCHER and Another *v.* FRENDENBURG.

An appeal from an order setting aside a judgment for the purpose of giving a rehearing is premature, and must be dismissed.

APPEAL from the *Gibson* Common Pleas.

*Per Curiam.*—This was an action by *Frendenburg* against *Melcher* and Another, to be relieved from a judgment, by default, taken against him by *Melcher.* The judgment was set aside, and from that order the defendant appeals to this Court.

The appeal is premature, as is settled in the case of *Spaulding* and Another v. *Thompson* and Others, 12 Ind. 477, which case was in all respects like the present.

The appeal is dismissed.

*Hall & Donald,* for the appellants.